1  Thomas P. Bleau, Esq., SBN 152945                            JS-6
   tbleau@bleaufox.com
2  Martin Fox, Esq., SBN 155783
   mfox@bleaufox.com
3  Gennady L. Lebedev, Esq., SBN 179945
   glebedev@bleaufox.com
4  Megan A. Childress, Esq., SBN 266926
   mchildress@bleaufox.com
5  BLEAU FOX, A P.L.C.
   3575 Cahuenga Blvd., West, Suite 580
6  Los Angeles, California 90068
   Telephone: (323) 874-8613
7  Facsimile: (323) 874-1234

8  Attorney for Plaintiff,
   SUNSET OIL CORPORATION

9

10                 **UNITED STATES DISTRICT COURT**

11                 **CENTRAL DISTRICT OF CALIFORNIA**

12  SUNSET OIL CORPORATION, a California )  CASE NO: 2:12-cv-08953-PA-VBK
    corporation;                         )
13                                        )  **ORDER DISMISSING ENTIRE ACTION**
                            Plaintiffs,   )  **WITH PREJUDICE**
14  v.                                    )
                                          )  Complaint Filed:    October 17, 2012
15  EXXONMOBIL OIL CORPORATION, a )         District Judge:     Hon. Percy Anderson
    New York corporation, EXXONMOBIL )     Dept:               15
16  CORPORATION, a New Jersey corporation, )  Magistrate:        Hon. Victor B. Kenton
    CIRCLE K STORES, INC., a Texas )        Dept:               590
17  corporation and DOES 1 through 10, )    Trial Date:         Not Set
    Inclusive;                            )
18                                        )
                            Defendants.   )
19  _____ )

20        Having considered the Stipulation of Dismissal of Entire Action With Prejudice by and

21  between the parties, the Court hereby orders this entire action to be dismissed with prejudice,

22  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own

23  attorneys' fees and costs.

24   IT IS SO ORDERED.

25

26  Date: May 16, 2013                    _____
                                          Hon. Percy Anderson
27                                        United States District Judge

28

-1-
[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE